IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE ex rel. STONEY HILL DEVELOPMENT, LLC., *et al*. | ) ) ) | CASE NO. 1:23-cv-00663-PAG |
| Plaintiffs, | ) ) ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) ) ) | **<u>NOTICE OF POTENTIAL SETTLEMENT</u>** |
| CITY OF WADSWORTH, OHIO, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the May 23, 2024 Status Conference held with this Court and the parties, the parties indicated to this Court that they were in the process of attempting to resolve this matter. In the event settlement discussions over the next several weeks were not close to bringing a resolution to this matter, that the parties and the Court agreed to allow the voluntary dismissal of this action to permit the filing of a new action to reflect the changed factual circumstances of this case. This Court requested, however, that if settlement appeared close, that Plaintiffs file a notice with the Court of such potential settlement instead of filing the dismissal and new complaint.

Plaintiffs hereby provide this Court with notice that as a result of the parties' settlement discussions, the parties are close to a potential settlement of this case, pending the drafting and finalization of a mutually agreeable settlement agreement containing the monetary and other terms of the settlement, and the City of Wadsworth, Ohio City Council's approval of the settlement. This process may take up to 30-45 days; consequently, Plaintiffs respectfully request that this Court schedule a status conference in approximately 60 days. If the potential settlement

6497918.v1

is able to be effectuated prior to that time, then the parties will file the appropriate dismissals with this Court prior to such time.

Respectfully submitted:

/s/ Anthony R. Vacanti
John P. Slagter (0055513)
Anthony R. Vacanti (0080834)
Danielle M. Easton (0099591)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone:  216.592.5000
Fax:  216.592.5009
Email:  John.Slagter@tuckerellis.com
        Tony.Vacanti@tuckerellis.com
        Danielle.Easton@tuckerelllis.com

*Attorneys for Plaintiff/Relator*

2

6497918.v1

## CERTIFICATE OF FILING AND SERVICE

      I hereby certify that on June 17, 2024, I caused this document to be filed via the ECF System for the United States District Court for the Northern District of Ohio, Eastern Division, which will effect service upon all counsel of record.

                                                */s/ Anthony R. Vacanti*
                                                Anthony R. Vacanti (0080834)

6497918.v1