IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE ex rel. STONEY HILL DEVELOPMENT, LLC., *et al.* | CASE NO. 1:23-CV-00663-PAG |
| Plaintiffs, | JUDGE PATRICIA A. GAUGHAN |
| v. | |
| CITY OF WADSWORTH, OHIO, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

SO ORDERED.
/s/ Patricia A. Gaughan
11/5/24

Now come the parties, by and through their respective attorneys, and hereby stipulate that they have entered into a settlement of this matter, and therefore, pursuant to such settlement agreement and under Federal Rule of Civil Procedure 41(A)(1)(a)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties. The parties shall each bear their own costs, expenses, and attorney's fees. This Court shall retain jurisdiction as to the enforcement of the terms of the settlement.

Respectfully submitted,

*/s/ Anthony R. Vacanti*
John P. Slagter (0055513)
Anthony R. Vacanti (0080834)
Danielle M. Easton (0099591)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone: 216-592-5000
Fax: 216-592-5009
Email: John.Slagter@tuckerellis.com
  Tony.Vacanti@tuckerellis.com
  Danielle.Easton@tuckerelllis.com

*Attorneys for Plaintiffs*

*/s/ Paul J. Schumacher, Jr.* (by consent)
Paul J. Schumacher, Jr. (0014370)
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH 44114
Phone: 216-685-1827
Fax: 888-811-7144
Email: pschumacher@dmclaw.com

*Attorney for Defendant*

6694054.1